■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO SALADO, Appellant. [838 NYS2d 456]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on or about September 29, 2005, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Buckley, Sweeny and Malone, JJ.